**Order filed May 3, 2022**



In The

# Fourteenth Court of Appeals

———————

NO. 14-21-00472-CV

———————

**CURTIS TYLER, Appellant**

**V.**

**TORCSILL FOUNDATIONS, LLC AND INTERVALE CAPITAL, LLC,
Appellees**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2020-07582**

---

# O R D E R

Appellant's brief was due April 6, 2022**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 3, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Chief Justice Christopher and Justices Wise and Jewell.